[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 1219.]

MANOHAR, APPELLANT, *v.* MASSILLON COMMUNITY HOSPITAL ET AL.,

APPELLEES.

[Cite as *Manohar v. Massillon Community Hosp*., 1998-Ohio-18.]

*Appeal dismissed as improvidently allowed.*

(No. 97-2149—Submitted September 29, 1998—Decided November 10, 1998.)

APPEAL from the Court of Appeals for Stark County, No. 1997 CA 00040.

————————————

*Allen Schulman & Associates Co., L.P.A., Allen Schulman, Jr.*, and *Christopher J. Van Blargan*, for appellant.

*Buckingham, Doolittle & Burroughs, L.L.P., Richard G. Reichel* and *Scott A. Richardson*, for appellees.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents and would affirm the judgment of the court of appeals.

————————————